# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MANUEL CONTRERAS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>MANHEIM AUTO SALES, and DOES 1 through 50, inclusive,<br><br>Defendant. | Case No. 5:17-cv-02292 JLS (KKx)<br><br>**ORDER DISMISSING THE ENTIRE ACTION WITH PREJUDICE**<br><br>Trial Date: None set |

Based on the Joint Stipulation filed in this matter, and good cause appearing therefore, IT IS HEREBY ORDERED THAT:

1. The above-captioned case be dismissed with prejudice as to all claims, causes of action and Defendants in its entirety pursuant to Rule 41(a) of the Federal Rules of Civil Procedure. The Court will retain jurisdiction to enforce the parties' settlement agreement in this matter.

2. Each party shall each bear its/her own attorneys' fees and costs.

**IT IS SO ORDERED:**

DATED: July 3, 2018

JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE